# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LINDQUIST, RUSSELL K. | UNITED STATES BANKRUPTCY COURT | 05/04/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| BANKRUPTCY JUDGE-SENIOR STATUS | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

FEDERAL BUILDING
SUITE 3600
5400 FEDERAL PLAZA
HAMMOND, IN 46320

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ▨ Irrevocable Trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 05/04/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 05/04/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ML Bank Deposit Program FKA Merrill Lynch Bank USA Money Fund | A | Int./Div. | J | T | | | | | |
| 2. Black Rock Muni Assets Fund | D | Dividend | M | T | | | | | |
| 3. Western Asset Inter Muni Fund | D | Dividend | M | T | | | | | |
| 4. GNM P340290x | A | Distribution | J | T | | | | | |
| 5. GNM P422529X | A | Distribution | J | T | | | | | |
| 6. Nuveen Ins. Prem. Inc. -2 Renamed Nuveen AMT Free Quality | D | Dividend | M | T | | | | | |
| 7. Blackrock Muniyield QLTY | D | Dividend | M | T | | | | | |
| 8. Cash Account Chase Bank Checking | A | Interest | L | T | | | | | |
| 9. Nuveen AMT Free Quality | D | Dividend | M | T | Buy | 03/07/17 | K | | |
| 10. Nuveen AMT Free Quality | D | Dividend | M | T | Buy | 09/19/17 | L | | |
| 11. Blackrock Muniyield QLTY | D | Dividend | M | T | Buy | 12/29/17 | K | | |
| 12. Merrill Lynch IRA (Aggregate Ownership Arrangment) | E | Int./Div. | O | T | | | | | |
| 13. Merrill Lynch Bank USA RASP Money Account Renamed Bank of America | A | Interest | J | T | | | | | |
| 14. Equitable Accumulator Elite Annuity | | None | M | T | | | | | |
| 15. Bk. of Amer New Money Serie E Floating Perp. | B | Dividend | K | T | | | | | |
| 16. American Rlty CAP PPTYS Renamed Vereit, Inc. | A | Dividend | | | Sold | 09/19/17 | J | A | |
| 17. KIMCO Realty Corp MD Com | B | Dividend | | | Sold | 09/19/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. National Reatail PPTYS | B | Dividend | | | Sold | 09/19/17 | K | A | |
| 19. Public Storage | B | Dividend | K | T | | | | | |
| 20. Simon Property Group Del | B | Dividend | K | T | | | | | |
| 21. Invesco Bond Fund | C | Dividend | L | T | | | | | |
| 22. Time Warner Cable Inc. bond | A | Interest | | | Redeemed | 04/10/17 | J | A | |
| 23. Nuveen BLD Amer Bd Fd | C | Dividend | L | T | | | | | |
| 24. Verizon Comm Inc Note | B | Interest | K | T | | | | | |
| 25. Ford Motor CrediCo LLC | A | Interest | J | T | | | | | |
| 26. Health Care REIT Inc. Com Name Change to Welltower, Inc. | A | Interest | J | T | | | | | |
| 27. Ventas Inc. | A | Dividend | | | Sold | 09/19/17 | J | A | |
| 28. Sector SPDR Consumer STPL | A | Dividend | K | T | | | | | |
| 29. Sector SPDR Utilities | B | Dividend | K | T | | | | | |
| 30. Guggenheim Bulletshares 2020 Corp. Bd. ETF | A | Dividend | J | T | | | | | |
| 31. Guggenheim Bulletshares 2018 High Yeild Corp. Bd | A | Dividend | J | T | | | | | |
| 32. Blackrock Taxable Muni Bond Trust | D | Interest | L | T | Buy | 09/15/17 | L | | |
| 33. Guggenheim Bullershares 2019 High Yield Comp. Bond ETF | A | Interest | J | T | Buy | 05/22/17 | J | | |
| 34. Merrill Lynch IRA-▓▓▓ (Arregate Ownership Arrangement) | C | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ML Bank Deposit Program f/k/a Merrill Lynch USA Rasp MF | A | Interest | J | T | | | | | |
| 36. Euitable Accumulator Elite Annuity | | None | M | T | | | | | |
| 37. Western Union Note | A | Interest | | | Redeemed | 12/10/17 | J | A | |
| 38. INVESCO Bond Fund | A | Dividend | K | T | | | | | |
| 39. National Retail PRTYS Inc. | A | Dividend | | | Sold | 09/19/17 | J | A | |
| 40. Public Storage | A | Dividend | J | T | | | | | |
| 41. Stag Industries Inc. | B | Dividend | L | T | | | | | |
| 42. Prologis Inc | A | Dividend | K | T | | | | | |
| 43. Guggenheim Bulletshares 2019 Corp. Bd Fd | A | Interest | K | T | | | | | |
| 44. Guggenheim Bulletshares 2017 High Yield Corp. bd | A | Interest | | | Redeemed | 12/29/17 | J | A | |
| 45. Sector Spdr Utilities | B | Dividend | K | T | | | | | |
| 46. Blackrock Taxable Muni Bond Trust | A | Interest | J | T | Buy | 09/19/17 | J | | |
| 47. Invesco Bond Fund | A | Dividend | J | T | Buy | 12/13/17 | J | | |
| 48. Ireevocable Tr. Real Estate LaPorte County, IN Appraisal Date 01-21-13 | D | Rent | N | Q | | | | | |
| 49. Ireevocable Tr. Residence City of Portage, IN Appraisal date 01-29-13 | D | Rent | L | Q | | | | | |
| 50. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 05/04/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On March 7, 2017 I took a required minimum IRA Distribution from my Merrill Lycnh IRA Account in the gross amount of $35,532.19. From that amount 7,817.18 was withheld for Federal Taxes and $1,421.29 was withheld for State Taxes. The net of $26,293.83 was transferred to and credited to Merrill Lynch CMA held by me.

On March 7, 2017     took a required minimum IRA Distribution from   Merrill Lynch IRA Account in the gross amount of $12,596.42 from that amount $2,771.42 was withheld for Federal Taxes and $503.86 was withheld for State Taxes. The net of $9,321.25 was transferred to and credited to Merrill Lynch CMA Account held by  

As to Section 1, Postions, I am sole Trustee of      Irrevocable Trust and Primary Beneficiary. See Section VII Investments and Trusts.

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 05/04/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RUSSELL K. LINDQUIST**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544